**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**
Eastern Division

| | |
|---|---|
| JAMES M. TIBOR<br><br>    Plaintiff,<br><br>    v.<br><br>KABBAGE, INC.,<br><br>    Defendant. | Case No. 1:18-cv-02196<br><br>District Judge John Z. Lee<br><br>Magistrate Judge M. David Weisman |

**JOINT MOTION
TO STAY ACTION PENDING ARBITRATION**

Plaintiff James M. Tibor and Defendant Kabbage, Inc. ("Kabbage"), by and through undersigned counsel, jointly submit this Motion to Stay Action Pending Arbitration pursuant to the enforceable and unambiguous terms of the Arbitration Agreements that govern the dispute between the parties.

On or about March 27, 2018, Plaintiff filed his complaint in this action alleging violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, and the Illinois Consumer Fraud Act ("ICFA"), 815 ILCS 505/2, arising from Kabbage's servicing of loans made to Plaintiff's business.

The parties have conferred and determined that the loans are governed by two Kabbage Business Loan Agreements, each of which contains a mandatory arbitration clause. According to the loan agreements, "[a]ll claims shall be resolved through arbitration pursuant to this section rather than by litigation." The parties agree that the claims asserted in this action are within the scope of the arbitration clause and, therefore, that this case must be resolved through arbitration.

It is well settled that "[c]ourts must 'rigorously enforce' arbitration agreements according to their terms." *Am. Express Co. v. Italian Colors Rest.*, 133 S. Ct. 2304 (2013) (citation omitted). Pursuant to the Federal Arbitration Act, whenever an arbitrable dispute is brought in a federal court, the court "shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement." 9 U.S.C. § 3.

Accordingly, the parties jointly request that this case be stayed to allow the parties to arbitrate their dispute without risk of prejudice.

Dated: April 20, 2018						Respectfully submitted,


s/ *Marwan Daher*						/s/ *David S. Yellin*
Marwan Daher							David S. Yellin
ATLAS CONSUMER LAW					IFRAH PLLC
200 South Highland Ave., Suite 200			1717 Pennsylvania Ave. NW, Suite 650
Lombard, IL 60148						Washington, DC 20006
630-575-8181 ext. 109					202-524-4153
Fax: 630-575-8188						Fax: 202-524-4141
Email: mdaher@sulaimanlaw.com			dyellin@ifrahlaw.com

*Counsel for Plaintiff James M. Tibor*			*Counsel for Defendant Kabbage, Inc.*